In the Matter of the Probate of the Last Will and Testament of MARGARET

TURK, Deceased.— Motion denied upon the ground that the court is without jurisdiction to grant an extension of time within which to take an appeal. The appeal is dismissed upon the ground that the executor is not a party aggrieved. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.